IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| **MEMPHIS HOUSING AUTHORITY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:14-cv-02397 |
| | ) | |
| **ZURICH AMERICAN INSURANCE** | ) | Judge Samuel H. Mays, Jr. |
| **COMPANY AND AMERICAN** | ) | |
| **GUARANTEE AND LIABILITY** | ) | Magistrate Judge Tu M. Pham |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal without prejudice with respect to the Defendant Zurich American Insurance Company.

Memphis Housing Authority and Zurich American Insurance Company will each bear its own costs, expenses and attorneys fees.

Respectfully submitted,


By: s/Jonathan Richardson_____
    C. Wesley Fowler (#18562)
    Jonathan Richardson (#32338)
    The Fowler Law Firm, PLLC
    25 Dr. M L King Jr. Avenue
    Memphis, Tennessee 38103
    (901) 322-8018
    *Attorneys for Memphis Housing Authority*



By: s/William H. Tate_____
    William H. Tate (#6797)
    Alan M. Sowell (#11690)
    Howard Tate Sowell Wilson Leathers & Johnson, PLLC
    201 Fourth Avenue North, Suite 1900
    Nashville, Tennessee 37219
    (615) 256-1125
    *Attorneys for Zurich American Insurance Company*
    *and American Guarantee and Liability Insurance Company*


## CERTIFICATE OF SERVICE

     I hereby certify that on this 16 day of July 2014, a copy of Plaintiff Memphis Housing Authority's and Defendant Zurich American Insurance Company's and American Guarantee and Liability Insurance Company's Stipulation of Dismissal without Prejudice was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties through the Court's ECF system.


                                          s/William H. Tate
                                          William H. Tate