```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

MEMPHIS HOUSING AUTHORITY,

    Plaintiff,

vs.

AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY,

    Defendant.

_____

AMERICAN GUARANTEE
AND LIABILITY INSURANCE COMPANY,

    Counter-claimant,

vs.

MEMPHIS HOUSING AUTHORITY,

    Counter-defendant.

Case 2:14-cv-2397-Ma

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice, in accordance with the Order of Dismissal docketed March 13, 2015.  Each party shall bear its own costs, expenses and attorneys' fees, except as specifically provided in the settlement agreement.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*March 13, 2015*                                 THOMAS M. GOULD
DATE                                             CLERK

                                                  *s/ Zandra Frazier*
                                                  (By) DEPUTY CLERK